UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-24398-BLOOM/Elfenbein

TIFFANY (NJ) LLC,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment Against Defendants, ECF No. [42] ("Motion"), filed on November 20, 2025. For the reasons set forth in the Court's Order on the Motion, ECF No. [43], **FINAL JUDGMENT** is entered, pursuant to Federal Rule of Civil Procedure 58, in favor of Plaintiff, Tiffany (NJ) LLC ("Plaintiff"), and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants" and/or "E-commerce Store Names") on all Counts of the Amended Complaint as follows:

    **(1)**     **Permanent Injunctive Relief:** Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are permanently restrained and enjoined from:

        a.     manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiff's trademarks, or any confusingly

    similar trademarks, identified in Paragraph 15, of the Amended Complaint (the "Tiffany Marks");

b. using the Tiffany Marks in connection with the sale of any unauthorized goods;

c. using any logo and/or layout that may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e. engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants, are in any way endorsed by, approved by, and/or associated with Plaintiff;

f. using any reproduction, counterfeit, infringement, copy, or colorable imitation of the Tiffany Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiff or in any way endorsed by Plaintiff and from offering such goods in commerce;

h. otherwise unfairly competing with Plaintiff;

Case No. 25-cv-24398-BLOOM/Elfenbein

    i.    using the Tiffany Marks, or any confusingly similar trademarks, within domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms that are visible to a computer user or serves to direct computer searches to e-commerce stores registered, owned, or operated by the Defendants; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

**(2)** **Additional Equitable Relief:** In order to give practical effect to the Permanent Injunction:

    a.    Upon Plaintiff's request, the E-commerce Store Names identified on Schedule "A" hereto are ordered to be immediately transferred by the corresponding Defendants also identified on Schedule "A" hereto, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the E-commerce Store Names to the Plaintiff's control within five (5) days of receipt of this Judgment, upon the Plaintiff's request, those corresponding Defendants and the top level domain (TLD) Registry for each of the E-commerce Store Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the E-commerce Store Names to a

    Registrar of the Plaintiff's choosing, and that Registrar shall transfer the E-commerce Store Names to the Plaintiff, or (ii) place the E-commerce Store Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries that link the E-commerce Store Names to the IP addresses where the associated websites are hosted;

b. Plaintiff may serve this injunction on any Internet search engines or any service provider referring or linking users to any specific URLs of the E-commerce Store Names with a request that the service provider permanently disable the references or links to, and/or permanently de-index or delist any specific URLs identified by Plaintiff which are being used by Defendants in connection with the offering for sale or sale of goods bearing and/or using counterfeits of the Tiffany Marks, based upon Defendants' unlawful activities being conducted via the E-commerce Store Names as a whole and via the URLs identified by Plaintiff;

c. Defendants, their agent(s) or assign(s), shall voluntarily assign all rights, title, and interest, to their E-commerce Store Name(s) to Plaintiff and, if within five (5) days of receipt of this Order, Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

d. The Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the E-commerce Store

Case No. 25-cv-24398-BLOOM/Elfenbein

      Name(s) and, if within five (5) days of receipt of this Order, the Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at the Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

e. Defendants, their agent(s) or assign(s), shall instruct the Registrar(s) for each of their E-commerce Store Name(s) to permanently close the registration account(s) in which any E-commerce Store Name(s) are located and, if within five (5) days of receipt of this Order Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

f. Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses that are or have been used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of goods bearing and/or using counterfeits and/or infringements of the Tiffany Marks; and

g. Plaintiff may serve this injunction on the e-commerce store's registrar(s) and/or the privacy protection service(s) for the E-commerce Store Names to disclose to Plaintiff the true identities and contact information for the registrants of the E-commerce Store Names.

Case No. 25-cv-24398-BLOOM/Elfenbein

**(3)** **<u>Statutory damages pursuant to 15 U.S.C. § 1117(c)</u>:** Plaintiff is entitled to an award of statutory damages against each Defendant pursuant to 15 U.S.C. § 1117(c) as follows:

  a. $480,000.00 against Defendant Number 1 - 121brand.com, for which sum let execution issue;

  b. $480,000.00 against Defendant Number 2 - 2025newsale.ru, for which sum let execution issue;

  c. $1,200,000.00 against Defendant Number 3 - 88bag.ru, for which sum let execution issue;

  d. $1,200,000.00 against Defendant Number 4 - bagloveclub.life, for which sum let execution issue;

  e. $1,920,000.00 against Defendant Number 5 - besttagsov.click a/k/a goodtiesvs.click a/k/a townlikevs.click a/k/a yilikear.click, for which sum let execution issue;

  f. $480,000.00 against Defendant Number 6 - cchenjewellery.com, for which sum let execution issue;

  g. $480,000.00 against Defendant Number 7 - coraljewelers.com, for which sum let execution issue;

  h. $480,000.00 against Defendant Number 8 - daikunjewels.com, for which sum let execution issue;

  i. $480,000.00 against Defendant Number 9 - drjewellery.to, for which sum let execution issue;

  j. $480,000.00 against Defendant Number 10 - elovidy.store, for which sum let execution issue;

  k. $120,000.00 against Defendant Number 11 - hypeunique.org, for which sum let execution issue;

  l. $960,000.00 against Defendant Number 12 - jewelrybyvessa.com a/k/a jewellerybyvessa.com, for which sum let execution issue;

6

Case No. 25-cv-24398-BLOOM/Elfenbein

    m.    $120,000.00 against Defendant Number 13 - modkicks.ru, for which sum let execution issue;

    n.    $480,000.00 against Defendant Number 14 - onlinechics.com, for which sum let execution issue;

    o.    $1,440,000.00 against Defendant Number 15 - primereplica.com, for which sum let execution issue;

    p.    $1,200,000.00 against Defendant Number 16 - purseglow.us, for which sum let execution issue;

    q.    $120,000.00 against Defendant Number 17 - relaxbuyer.com, for which sum let execution issue;

    r.    $480,000.00 against Defendant Number 18 - ssjoyas.com, for which sum let execution issue;

    s.    $480,000.00 against Defendant Number 19 - stbag.com, for which sum let execution issue;

    t.    $1,200,000.00 against Defendant Number 20 - tidelocker.shop, for which sum let execution issue;

    u.    $480,000.00 against Defendant Number 21 - vogolux.com, for which sum let execution issue; and

    v.    $1,200,000.00 against Defendant Number 22 - wowjewelry.cn, for which sum let execution issue.

The Court considered both the willfulness of each Defendant's conduct and the deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

**(4)**    The Clerk of Court shall **RELEASE** the bond posted by Plaintiff in the amount of $10,000.00.

**(5)**    Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

**(6)** The Court retains jurisdiction to enforce this Default Final Judgment and Permanent Injunction.

**(7)** The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida on December 10, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Case No. 25-cv-24398-BLOOM/Elfenbein

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME, AND E-MAIL ADDRESS

| Def. No. | Defendant / E-commerce Store Name | E-Mail Address |
|---|---|---|
| 1 | 121brand.com | brandshopua121@gmail.com |
| 2 | 2025newsale.ru | |
| 3 | 88bag.ru | porto@portotheme.com<br>Gary88bag@163.com |
| 4 | bagloveclub.life | |
| 5 | besttagsov.click | sale@mamilike.top |
| 5 | goodtiesvs.click | sale@mamilike.top |
| 5 | townlikevs.click | sale@mamilike.top |
| 5 | yilikear.click | sale@mamilike.top |
| 6 | cchenjewellery.com | cchenjewellery@gmail.com<br>pw-e7825643cb65e52473851f3a705ef59b@privacyguardian.org |
| 7 | coraljewelers.com | coralperfect@gmail.com<br>pw-29d4a4cfb99a1403778943de6d798bc7@privacyguardian.org |
| 8 | daikunjewels.com | Daikunjewelry@gmail.com<br>pw-1a3e39d46092685dae9fa41509a9ddf5@privacyguardian.org |
| 9 | drjewellery.to | jewellery.to@gmail.com |
| 10 | elovidy.store | info@elovidy.store |
| 11 | hypeunique.org | cshypeunique@gmail.com<br>support@hypeunique.is<br>ad20c054c5b640d89a96b48735784fec.protect@withheldforprivacy.com |
| 12 | jewelrybyvessa.com | info@myvessa.com |
| 12 | jewellerybyvessa.com | myvessaco@gmail.com<br>info@myvessa.com |
| 13 | modkicks.ru | modkicks.ru@gmail.com |
| 14 | onlinechics.com | info@onlinechics.com |
| 15 | primereplica.com | f834fdc761464bafbcd0c088b06f9665.protect@withheldforprivacy.com |

9

| 16 | purseglow.us | support@purseglow.us<br>elashianzel@hotmail.com<br>MAITHANHECONOMIC53@GMAIL.COM |
|---|---|---|
| 17 | relaxbuyer.com | contacts@relaxbuyer.com<br>godisone9559@gmail.com<br>Hello@relaxbuyer.com |
| 18 | ssjoyas.com | sales@relojesmore.com |
| 19 | stbag.com | pwp-c31ddc2bd23ebdfb333f389501ea63da@privacyguardian.org |
| 20 | tidelocker.shop | support@tidelocker.shop |
| 21 | vogolux.com | info@vogolux.com |
| 22 | wowjewelry.cn | xbenbenaaa@gmail.com<br>SERVICEVIP8@OUTLOOK.COM |